IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
APR 0 9 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW STEPHEN HAYS,<br><br>Defendant. | Case No. CR-19-67-BLG-SPW<br><br>ORDER |

Upon Defendant's Unopposed Motion to Allow Sentencing Witnesses to Appear via Telephone (Doc. 33), and good cause appearing therefore;

IT IS HEREBY ORDERED that the sentencing witnesses are allowed to appear via telephone on Monday, April 20, 2020 at 9:30 a.m. The witnesses shall call 1-877-336-1828, follow the prompts and enter the access code of 5803070.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 9th day April, 2020.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1